UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NANCY ORTIZ, | ) Case no. 2:13-cv-02091-KJN |
| Plaintiff, | ) **(PROPOSED) ORDER EXTENDING BRIEFING SCHEDULE** |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED, that Defendant shall have a second extension of time, to and including June 9, 2014, in which to file Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment, and that all other deadlines as set forth in the October 17, 2013 Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  May 8, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2:13-cv-02091-KJN