1  JACQUELINE A. FORSLUND, CSBN 154575
   Dellert Baird Law Offices, PLLC
2  P.O. Box 3757
   Silverdale, WA  98383
3  Telephone:    541-419-0074
4  Email:        jaf@forslundlaw.com

5  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | NANCY E. ORTIZ,              | No.  2:13-cv-2091 KJN
12 |        Plaintiff,            |
13 |    v.                        | STIPULATION TO EXTEND TIME AND ~~PROPOSED~~ ORDER
14 | COMMISSIONER OF SOCIAL SECURITY |
15 |                              |
16 |        Defendant.            |

18  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time by 14 days, to June 24, 2014, for Plaintiff to file her Reply, according to the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel has experienced an unexpected increase in workload due to a medical emergency experienced by another attorney in the office.

23  The parties further stipulate that the Court's Scheduling Order be modified accordingly.

24  ////
25  ////
26  ////
27  ////
28  ////

                                    1

                              Respectfully submitted,

Date: June 9, 2014                DELLERT BAIRD LAW OFFICES, INC.

                              */s/ Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND

                              Attorney for Plaintiff

Date: June 9, 2014                BENJAMIN J. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/ Cynthia B. De Nardi*
                              CYNTHIA B. DE NARDI
                              Special Assistant United States Attorney
                              *By email authorization

                              Attorney for Defendant

                                       <u>ORDER</u>

     APPROVED AND SO ORDERED.

Dated:  June 10, 2014

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE